1
2
3
4
5
6
7
8
9
10
11
12
13
14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE LYDIA JOHNSON,                    )        No. C 12-00591EJD (PR)
                                        )
            Petitioner.                 )        ORDER OF TRANSFER
                                        )
                                        )
                                        )
_____ )

15      Petitioner, a state prisoner currently incarcerated at the Valley State Prison for

16  Women in Chowchilla, California, proceeding pro se, filed a petition for a writ of habeas

17  corpus pursuant to 28 U.S.C. § 2254, challenging her state conviction in Butte County

18  Superior Court.  Petitioner has filed a motion for leave to proceed in forma pauperis.

19  (Docket No. 2.)

20      A state prisoner challenging the constitutionality of his state conviction may do so

21  by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Venue for a

22  habeas action is proper in either the district of confinement or the district of conviction,

23  28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in

24  the district of conviction.  See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265,

25  266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of

26  confinement best forum to review execution of sentence).  Accordingly, this case is

27  hereby TRANSFERRED to the United States District Court for the Eastern District of

28  California.  See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

1    The Clerk shall terminate all pending motions and transfer the entire file to the

2    Eastern District of California.

3

4    DATED: _____         _____

6/18/2012

5                                     EDWARD J. DAVLIA
                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE LYDIA JOHNSON,

           Petitioner.

Case Number: CV12-00591 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/19/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lydia Johnson WA9091
Valley State Prison for Women
P. O. Box 92
Chowchilla, CA 93610

Dated: _____6/19/2012_____

                       Richard W. Wieking, Clerk
                       /s/By: Elizabeth Garcia, Deputy Clerk