IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYDIA JOHNSON,

    Petitioner,                No. 2:12–cv-1650 GGH P

    vs.

WALTER MILLER, Warden,

    Respondent.           ORDER

_____/

       By order filed on September 12, 2012, petitioner was directed to show cause, within 21 days, why the instant habeas petition was not duplicative and/or successive with respect to No. 2: 12-cv-0381 GEB GGH. Petitioner has consented to the jurisdiction of the undersigned. Petitioner has not shown cause why the petition should not be summarily dismissed and has otherwise altogether failed to respond to the order, and the time for doing so has expired.

       Accordingly, IT IS HEREBY ORDERED that for the reasons set forth in the show cause order, filed on September 12, 2012, this petition is summarily dismissed.

DATED: October 25, 2012

                                      /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:009
john1650.ord2